UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMBIBE COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>J. REPP, et al.,<br><br>    Defendants. | Case No.: 2:24-cv-00676-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On April 11, 2024, the Court denied Plaintiff Ambibe Collins's application to proceed *in forma pauperis* because it was incomplete and gave him until June 10, 2024, to either pay the full $405 filing fee or file a new fully complete application. Docket No. 3. Before that deadline expired, Plaintiff moved to extend it to August 8, 2024. Docket No. 6. Plaintiff explains in another document that he cannot access the law library because he is in disciplinary segregation. Docket No. 4. The Court finds that good cause exists to extend the deadline to August 8, 2024.

Accordingly, for the reasons stated above,

IT IS ORDERED that the motion for an extension of time, Docket No. 6, is **GRANTED**.

IT IS FURTHER ORDERED that, no later than **August 8, 2024**, Plaintiff must either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can either pay the filing fee or file a complete application to proceed *in forma pauperis*.

IT IS SO ORDERED.

DATED: May 28, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE