# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMBIBE COLLINS,

    Plaintiff(s),

v.

J. REPP, et al.,

    Defendant(s).

Case No. 2:24-cv-00676-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).[1] A joint discovery plan must be filed by February 27, 2025.

    IT IS SO ORDERED.

    Dated: February 13, 2025

                                      Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] The Court issues a scheduling order *sua sponte* in cases brought by inmates. *See* Local Rule 16-1(b). As Plaintiff was released from custody, *see* Docket No. 9, the parties must file a proposed discovery plan.