# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBIBE COLLINS,<br><br>    Plaintiff(s),<br><br>v.<br><br>J. REPP, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00676-GMN-NJK<br><br>**Order**<br><br>[Docket No. 19] |

As Plaintiff was released from custody, *see* Docket No. 9, the parties must file a proposed discovery plan. The Court ordered the parties to file a discovery plan by February 27, 2025. Docket No. 17. Pending before the Court is the defense motion to extend that deadline in light of counsel's recent sickness. Docket No. 19. For good cause shown, the motion to extend is **GRANTED**. The deadline to file a discovery plan is extended to March 13, 2025.

IT IS SO ORDERED.

Dated: February 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1