# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBIBE COLLINS,<br><br>  Plaintiff,<br><br>v.<br><br>J. REPP, *et al*.,<br><br>  Defendants. | Case No. 2:24-cv-00676-GMN-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 22] |

  Pending before the Court is the parties' proposed discovery plan.  Docket No. 22.

  In violation of Local Rule 26-1(b), the discovery plan calculates the discovery cut-off from the date of the parties' Rule 26(f) conference rather than the date the first Defendant appeared.  *See id.* at 2.  The parties fail to provide a justification for their special scheduling request.[1]

  Further, the discovery plan seeks an extended deadline for initial disclosures that is 30 days after the parties' Rule 26(f) conference.  *Id*.  However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference.  Fed. R. Civ. P. 26(a)(1)(C).

  Accordingly, the proposed discovery plan is **DENIED**.  Docket No. 22.[2]

  Case management deadlines are hereby **SET** as follows:

- Initial disclosures:  March 27, 2025
- Amend pleadings/add parties:  April 9, 2025
- Initial experts:  May 9, 2025
- Rebuttal experts:  June 9, 2025
- Discovery cutoff:  July 8, 2025

---

[1] Defendant Jaymie Cabrera first appeared on January 9, 2025.  Docket No. 14.  Case management deadlines are calculated from that date.

[2] The parties also misstate LR 26-3.  Docket No. 22 at 2.  Any request to extend any deadline in the scheduling order must be submitted no later than 21 days prior to the expiration of the subject deadline.

1

- Dispositive motions: August 7, 2025
- Joint proposed pretrial order: September 8, 2025, or 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: March 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2