AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov
*Attorneys for Defendant*
*Jaymie Cabrera*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMBIBE COLLINS, | Case No. 2:24-cv-00676-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| J REPP, et al., | |
| Defendants | |

Plaintiff Ambibe Collins, by and through counsel Peter Angulo Esq., and Defendant Jaymie Cabrera, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 14th day of May, 2026.

By: */s/ Peter Angulo*
Peter Angulo (Bar No. 3672)
*Plaintiff's Attorney*

DATED this 14th day of May, 2026.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.** The Clerk of Court is kindly directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____ May 14, 2026 _____